UNITED STATES of America, Plaintiff—Appellee,

v.

Rosendo RODRIGUEZ–ZETINA, Defendant—Appellant.

No. 11–10081.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 29, 2012.

Melissa Karlen, Randall M. Howe, Esquire, Assistant U.S. Attorneys, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

Rosendo Rodriguez–Zetina, pro se.

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

### MEMORANDUM **

Rosendo Rodriguez–Zetina appeals from his guilty-plea conviction and 41–month sentence for being found in the United States after removal, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

L.Ed.2d 493 (1967), Rodriguez–Zetina's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**